IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUSTAVO LOPEZ DE LA FUENTE,

    Petitioner,

v.                                                        1:26-cv-00224-DHU-JHR

GEORGE DEDOS and MARY DE ANDA-
YBARRA,

    Respondents.

## **TEMPORARY RESTRAINING ORDER**

        The Court has considered Petitioner's Emergency Motion for a Temporary Restraining Order or Preliminary Injunction, and for the reasons stated on the record at the hearing in this matter, the Court finds that Petitioner has demonstrated a likelihood of success on the merits of his habeas petition, that he will suffer irreparable harm in the absence of injunctive relief, and that the balance of equities and public interest weigh in his favor. Accordingly, Petitioner's motion is **GRANTED**.

        **IT IS THEREFORE ORDERED** that Respondents must release Petitioner upon payment of $7,500 bond within twenty-four (24) hours of the Court's Order at the hearing in this matter. **IT IS FURTHER ORDERED** that Respondents shall not re-detain Petitioner absent adequate notice and a pre-deprivation hearing at which the Government will bear the burden of proving, by clear and convincing evidence, that circumstances have changed justifying the revocation of bond and re-detention of Petitioner.

**IT IS SO ORDERED**.

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE